# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RODNEY ALVERSON**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| *v.* | ) Case No. 2:11-cv-00526-AKK-JEO |
| | ) |
| **MICROSOFT CORPORATION**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## <u>MEMORANDUM OPINION</u>

The magistrate judge filed a report and recommendation on October 27, 2011, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted. No objections to the report and recommendation have been filed within the prescribed time.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A final judgment will be entered.

Done this 29th day of November, 2011.


**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE